**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

WILLIAM LANE PARSLEY,
      Plaintiff,

vs.                           Case No.: 3:07cv456/MCR/EMT

OFFICER LARRY McKEON, et al.,
      Defendants.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 20, 2008.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

      **DONE AND ORDERED** this 24th day of March, 2008.


                  s/ *M. Casey Rodgers*

                  **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**